UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| ROBERT FEDRO,<br><br>    Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, and, THE BOEING COMPANY NONUNION LONG-TERM DISABILITY PLAN,<br><br>    Defendants. | Case No: EDCV13-00005 TJH(SPx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [JS-6]** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 19, 2013

_____
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE